

Seyfarth Shaw LLP

620 Eighth Avenue

New York, New York  10018

(212) 218-5500

fax (212) 218-5526

www.seyfarth.com

Writer's direct phone
(212) 218-5291

Writer's e-mail
jegan@seyfarth.com

May 29, 2019

**VIA ECF**

Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14A
New York, NY 10007

Re:   *Camacho v. Point Park University*, **Civil Action No. 1:18-cv-10887-JGK**

Dear Judge Koeltl:

We represent Defendant Point Park University ("Defendant") in this matter.  Per our discussion with Your Honor's chambers today, we write to advise the Court that Defendant inadvertently omitted a Certification of Compliance for the Memorandum of Law in Support of its Motion to Dismiss Plaintiff's Amended Complaint, filed on May 3, 2019 (ECF No. 27).  Enclosed please find a Certification of Compliance for said submission.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

SEYFARTH SHAW LLP


By: */s/ John W. Egan*
    John W. Egan

cc:    All counsel on record (via ECF)

45742391v.1